**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 98-6205**

―――――――――――

S. C. LILES,

                                    Petitioner - Appellant,

        versus

NORTH CAROLINA ATTORNEY GENERAL; MARTIN J.
MCDADE,

                                    Respondents - Appellees.

―――――――――――

Appeal from the United States District Court for the Middle Dis-
trict of North Carolina, at Rockingham.  Frank W. Bullock, Jr.,
Chief District Judge.  (CA-97-91-3)

―――――――――――

Submitted:  May 28, 1998          Decided:  June 10, 1998

―――――――――――

Before ERVIN, LUTTIG, and MOTZ, Circuit Judges.

―――――――――――

Dismissed by unpublished per curiam opinion.

―――――――――――

S.C. Liles, Appellant Pro Se.  Clarence Joe DelForge, III, OFFICE
OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina,
for Appellees.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Liles v. North Carolina Attorney General, No. CA-97-91-3 (M.D.N.C. Jan. 12, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED